**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-2318

DEBORAH RIGSBY,

Plaintiff - Appellant,

v.

NATIONAL SCHOOL BOARDS ASSOCIATION,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, Senior District Judge; Anthony John Trenga, Senior District Judge.  (1:19-cv-00168-AJT-MSN)

Submitted:  April 28, 2023                               Decided:  May 19, 2023

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Deborah Rigsby, Appellant Pro Se.  Thomas L. McCally, CARR MALONEY, PC, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deborah Rigsby appeals the district court's orders granting the National School Boards Association's ("NSBA") partial motion to dismiss the retaliation claim alleged in her amended complaint and granting summary judgment to NSBA on her failure-to-promote claim. We have reviewed the record de novo and find no reversible error. Rigsby's retaliation claim was properly dismissed because she failed to plausibly allege facts in the amended complaint supporting either materially adverse retaliatory actions or a causal nexus to her protected activity. The district court properly granted summary judgment on Rigsby's failure-to-promote claim because Rigsby failed to produce evidence sufficient to demonstrate that NSBA's explanation for its hiring decision was mere pretext. Accordingly, we affirm the district court's orders. *Rigsby v. Nat'l Sch. Bds. Ass'n*, No. 1:19-cv-00168-AJT-MSN (E.D. Va. filed Mar. 23 & entered Mar. 24, 2020; Nov. 6, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*